United States District Court
Southern District of Texas
**ENTERED**
July 28, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JUNIOUS R. VALENTINE, | § |
| Plaintiff, | § CIVIL ACTION NO. H-14-3111 |
| vs. | § |
| UNIVERSITY GENERAL HOSPITAL, LP & UNIVERSITY HOSPITAL SYSTEMS, LLP, | § |
| Defendants. | § |

### FINAL JUDGMENT

In accordance with the Court's Findings of Fact and Conclusions of Law, the Court **ORDERS** and **ADJUDGES** that plaintiff, Junious R. Valentine recover from defendant University General Hospital, LP the following:

(1) $23,174.55 in back pay and benefits;

(2) $40,000.00 in compensatory damages;

(3) $24,423.45 in attorney's fees and costs;

(4) Post-judgment interest on the above amounts a the rate of 0.55% per annum

Defendant, University Hospital Systems, LLP is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 28th day of July, 2016.

```
                    SIM LAKE
           UNITED STATES DISTRICT JUDGE
```